IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEROY KEMP, | ) | CIV. NO. 03-00419 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING STATUS |
| | ) | |
| vs. | ) | |
| | ) | |
| SISAR PADERES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER REGARDING STATUS

Defense counsel is ordered to file a statement no later than February 15, 2006, stating whether Defendant Sisar Paderes has returned to Hawaii or when he is scheduled to return. Within 20 days of Defendant Sisar Paderes's return to Hawaii, the attorneys shall attend a status conference with the Magistrate Judge to obtain a trial date for this case. Trial shall be set to begin no later than September 26, 2006. Continuances of the trial date may be obtained only from the trial judge.

DATED: Honolulu, Hawaii; January 26, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge