MARK J. BENNETT          2672
Attorney General of Hawaii

CINDY S. INOUYE          3968
CHRISTINE E. SAVAGE      7788
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Defendants
NEIL HAYASE, SCOTT
KOWALEWSKI AND CORRINA BUAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>             Plaintiff,<br><br>vs.<br><br>DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA,<br><br>             Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>NOTICE OF HEARING; DEFENDANTS NEIL HAYASE, SCOTT KOWALEWSKI AND CORRINA BUAN'S MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date: _____<br>Time: _____<br>Judge: _____<br><br>Trial Date: None. |

174791_1.DOC

## NOTICE OF HEARING

TO:   Arthur E. Ross, Esq.
      126 Queen Street, Suite 210
      Honolulu, Hawaii 96813

Attorney for Plaintiff

NOTICE IS HEREBY GIVEN that Defendants Neil Hayase, Scott Kowalewski and Corrina Buan's Motion for Judgment on the Pleadings will be heard before the Honorable _____, Judge of the above-entitled court, in his/her courtroom, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, at ____:____ o'clock ___.m

DATED: Honolulu, Hawaii, January 30, 2006.

STATE OF HAWAII

MARK J. BENNETT
Attorney General
State of Hawaii

*/s/ Christine Savage*
CHRISTINE E. SAVAGE
Deputy Attorney General

Attorney for Defendants
Neil Hayase, Scott Kowalewski, and
Corrina Buan

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA,<br><br>　　　　　　Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>DEFENDANTS NEIL HAYASE, SCOTT KOWALEWSKI AND CORRINA BUAN'S MOTION FOR JUDGMENT ON THE PLEADINGS |

DEFENDANTS NEIL HAYASE, SCOTT KOWALEWSKI AND CORRINA BUAN'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Neil Hayase (incorrectly spelled "Neal"), Scott Kowaleski (incorrectly spelled "Kowoleski") and Corrina Buan (incorrectly spelled "Corrina Ho"), by and through their attorneys, Mark J. Bennett, Attorney General of Hawaii, and Cindy S. Inouye and Christine E. Savage, Deputy Attorneys General, hereby move this Court for an order granting judgment on the pleadings in their favor as to all claims asserted against them in Plaintiff Leroy Kemp's Amended Complaint filed on August 16, 2004.

This motion is made pursuant to Rules 7 and 12(c) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

174791_1.DOC

DATED: Honolulu, Hawaii, January 30, 2006.

STATE OF HAWAII

MARK J. BENNETT
Attorney General
State of Hawaii


_____
CHRISTINE E. SAVAGE
Deputy Attorney General


_____
CINDY S. INOUYE
Deputy Attorney General

Attorneys for Defendants
Neil Hayase, Scott Kowoleski, and
Corrina Buan

2