MARK J. BENNETT     2672
Attorney General of Hawaii

CHRISTINE E. MATKIN     7788
CINDY S. INOUYE     3968
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Matkin@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>            Plaintiff,<br>vs.<br><br>DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA,<br><br>            Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>**STATUS REPORT TO COURT REGARDING DR. PADERES; CERTIFICATE OF SERVICE** |

## STATUS REPORT TO COURT REGARDING DR. PADERES

Defendant Dr. Sisar Paderes (hereinafter "Dr. Paderes") by and through his

counsel, Mark J. Bennett, Attorney General of the State of Hawaii, Christine E.

177980_1.DOC          

Savage and Cindy S. Inouye, Deputy Attorneys General, files this Status Report pursuant to the Court's Order Regarding Status dated January 26, 2006.

The undersigned has been informed that Dr. Paderes returned to Hawaii on January 5, 2006, and was released from active duty on January 31, 2006. A further Pretrial Conference is currently set for February 16, 2006 at 9:00 a.m., before the honorable Magistrate Judge Kevin S.C. Chang.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
Christine E. Savage
Deputy Attorney General

Attorney for Defendants
DR. SISAR PADERES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP, | CIVIL NO. 03-00419 SOM-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2006 a copy of the foregoing was duly served upon the following counsel of record by United States mail, postage prepaid, to his last known address:

> ARTHUR E. ROSS, ESQ.
> 126 Queen Street, Suite 210
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> LEROY KEMP

DATED: Honolulu, Hawaii, February 13, 2006.

CHRISTINE E. SAVAGE
Deputy Attorney General
Attorney for Defendants
DR. SISAR PADERES

177980_1.DOC