# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006   4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV03-00419SOM-KSC

CASE NAME:        LeRoy Kemp v. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:    Arthur Ross

ATTYS FOR DEFT:   Christine Savage

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   C5 - no record

DATE:    2/16/2006                  TIME:       9:05-9:10am

COURT ACTION:  EP: Further Status Conference Re: Stay.  Counsel informed the court that Dr. Paderes has returned.  New trial date given.  First Amended Rule 16 Scheduling Conference Order to be issued.

1.    Jury trial on September 26, 2006 at 9:00 a.m. before SOM
2.    Final Pretrial Conference on August 15, 2006 at 9:00 a.m. before KSC
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by August 8, 2006
5.    File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.    File other Non-Dispositive Motions by June 28, 2006
7.    File Dispositive Motions by April 26, 2006
8a.   File Motions in Limine by September 5, 2006
8b.   File opposition memo to a Motion in Limine by September 12, 2006
11a.  Plaintiff's Expert Witness Disclosures by **March 28, 2006**
11b.  Defendant's Expert Witness Disclosures by April 26, 2006
12.   Discovery deadline July 28, 2006
13.   Settlement Conference set for 6/19/2006 at 10:00am before KSC
14.   Settlement Conference statements by 6/13/2006
20.   Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 12, 2006
21.   File Final witness list by September 5, 2006
24.   Exchange Exhibit and Demonstrative aids by August 29, 2006
25.   Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 5,

2006

26.     File objections to the Exhibits by September 12, 2006

28a.    File Deposition Excerpt Designations by September 5, 2006

28b.    File Deposition Counter Designations and Objections by September 12, 2006

29.     File Trial Brief by September 12, 2006

30.     File Findings of Fact & Conclusions of Law by N/A

Other Matters:

None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-419SOM-KSC
LeRoy Kemp v. Dr. Sisar Paderes, et al.
First Amended Rule 16 Scheduling Conference Minutes
2/16/2006