# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00419SOM-KSC

CASE NAME:        LeRoy Kemp vs. Dr. Sisar Paderes, et al.

ATTYS FOR PLA:    Arthur Ross

ATTYS FOR DEFT:   Christine Savage

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:   Steve Platt

DATE:     3/6/2006                 TIME:       11:25 - 11:45

COURT ACTION:  EP:  Defendants Neil Hayase, Scott Kowalewski and Corrina Buan's Motion for Judgment on the Pleadings -

Arguments.

Defendants Neil Hayase, Scott Kowalewski and Corrina Buan's Motion for Judgment on the Pleadings - Granted.

Court to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.