ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

CHRISTINE E. SAVAGE      7788
CARON M. INAGAKI         3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendant
DR. SISAR PADERES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP, | CIVIL NO. 03-00419 SOM-KSC |
| Plaintiff, | NOTICE OF HEARING; DEFENDANT |
| vs. | DR. SISAR PADERES' MOTION FOR SUMMARY JUDGMENT; |
| DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA, | MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| Defendants. | Hearing<br>Date: _____<br>Time: _____<br>The Honorable _____ |
| | Trial Date: September 26, 2006 |

## NOTICE OF HEARING

173826_1.DOC

TO:   Arthur E. Ross, Esq.
      126 Queen Street, Suite 210
      Honolulu, Hawaii  96813

      Attorney for Plaintiff

      NOTICE IS HEREBY GIVEN that Defendant Dr. Sisar Paderes' Motion for

Summary Judgment will be heard before the Honorable_____, Judge

of the above-entitled court, in his/her courtroom, 300 Ala Moana Boulevard,

Honolulu, Hawaii, on _____, at ____:____ o'clock ____.m

      DATED:  Honolulu, Hawaii, _____April 26_____, 2006.

                              STATE OF HAWAII

                              MARK J. BENNETT
                              Attorney General
                              State of Hawaii


                              CHRISTINE E. SAVAGE
                              Deputy Attorney General

                              Attorney for Defendant
                              DR. SISAR PADERES

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DR. SISAR PADERES, NURSE NEAL<br>HAYASE, NURSE CORRINA HO, ACO<br>SCOTT KOWOLESKI, and ACO<br>MELVIN MOISSA,<br><br>                    Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>DEFENDANT DR. SISAR PADERES'<br>MOTION FOR SUMMARY<br>JUDGMENT |

DEFENDANT DR. SISAR PADERES'
MOTION FOR SUMMARY JUDGMENT

Defendant Dr. Sisar Paderes, by and through his attorneys, Mark J. Bennett,

Attorney General of Hawaii, and Caron M. Inagaki and Christine E. Savage,

Deputy Attorneys General, hereby move this Court for an order granting summary

judgment in his favor as to all claims asserted against him in Plaintiff Leroy

Kemp's Amended Complaint filed on August 16, 2004.

This motion is made pursuant to Rules 7 and 56(b) of the Federal Rules of

Civil Procedure, and is based on the memorandum in support of motion,

attachments to Defendant Dr. Sisar Paderes' Concise and Separate Statement of

Material Facts, the records and files herein, and the arguments at the hearing of this

motion.

173826_1.DOC

DATED:  Honolulu, Hawaii, April 26, 2006.

STATE OF HAWAII

MARK J. BENNETT
Attorney General
State of Hawaii


_____
Christine E. Savage
Deputy Attorney General


_____
Caron M. Inagaki
Deputy Attorney General

Attorneys for Defendant
DR. SISAR PADERES