TABLE OF CONTENTS

I.   INTRODUCTION .................................................................................................. 1

II.  FACTS ................................................................................................................... 2

    A.  Seizures v. Pseudo Seizures ...................................................................... 3

    B.  Knee Injury ................................................................................................ 8

III. STANDARD OF REVIEW ................................................................................. 13

IV. ARGUMENT ....................................................................................................... 15

    A.  Defendant Dr. Paderes, In His Official Capacity, Is Immune From
        Suit Under The Eleventh Amendment To The United States Constitution ............... 15

    B.  Defendants Dr. Paderes, In His Official Capacity, Is Not A "Person"
        Within The Meaning Of 42 U.S.C. § 1983

    C.  Dr. Paderes Was Not Deliberately Indifferent To Plaintiff's Medical
        Needs ........................................................................................................ 17

    D.  Dr. Paderes Is Entitled to Qualified Immunity ........................................ 22

    E.  Even If Otherwise Amenable to Suit Herein, Defendant Dr. Paderes
        Cannot Be Held Liable for Punitive Damages ........................................ 24

V.  CONCLUSION

## TABLE OF AUTHORITIES

### STATUTES, ADMINISTRATIVE RULES, COURT RULES

42 U.S.C. § 1983 .................................................................................................16, 19

FRCP Rule 56(c) ..............................................................................................................13

FRCP Rule 56(e) ..............................................................................................................14

H.R.S. § 662-2 ..................................................................................................................24

### CASES

Anderson v. Creighton,
    483 U.S. 635, 640 (1987 ..................................................................................23

Bank v. Cities Serv. Co.,
    391 U.S. 253, 290 (1968) ..................................................................................14

Barnett v. Centoni,
    31 F.3d 813, 815 (9th Cir. 1994) ........................................................................14

Bator v. State of Hawaii,
    39 F.3d 1021, 1025-26 (9th Cir. 1994);
    910 F. Supp. 479, 484 (D. Haw. 1995) ................................................... 13, 14, 1

British Airways Bd. V. Boeing Co.,
    585 F.2d 946, 952 (9th Cir. 1978), cert. denied, 440 U.S. 981 (1979) ..............14

California Architectural Bldg. Products, Inc. v. Franciscan Ceramics, Inc.,
    818 F.2d 1466, 1468 (9th Cir. 1987), cert. denied, 484 U.S. 1006 (1988) ..14, 15

Celotex Corp. v. Catrett,
    477 U.S. 317, 322, 323-24 (1986) .....................................................................13

City of Canton, Ohio v. Harris,
    489 U.S. 378, 385 (1989) ..................................................................................21

Davis v. Scherer,
    468 U.S. 183, 197 (1984) ..................................................................................23

Doe v. Lawrence Livermore Nat'l Lab,
    131 F.3d 836, 839 (9th Cir. 1997) ......................................................................17

## TABLE OF AUTHORITIES

Doty v. County of Lassen,
    37 F.3d 540, 546 (9th Cir. 1994) ..................................................................17

Eades v. Thompson,
    ........................823 F.2d 1055, 1063 (7th Cir. 1987)21

Estelle v. Gamble, ................................................................................................18,19
    429 U.S. 97, 104, 105, 106 (1976)

Farmer v. Brennan,
    511 U.S. 825, 832 (1994)..............................................................................17

First Nat'l Bank v. Cities Serv. Co.,
    391 U.S. 253, 290 (1968)..............................................................................14

Franklin v. State of Oregon, State Welfare Div.,
    662 F.2d 1337, 1344 (9th Cir. 1981) ............................................................20

Gabbert v. Conn,
    131 F.3d 793, 799 (9th Cir. 1997) ................................................................22

Green v. Mansour,
    474 U.S. 64, 68 (1985)..................................................................................16

Harlow v. Fitzgerald,
    457 U.S. 800, 818 (1982)..............................................................................22

Houghton v. South,
    965 F.2d 1532, 1534 (9th Cir. 1992) ............................................................23

Hutchinson v. U. S.,
    838 F.2d 390, 394 (9th Cir. 1988) ................................................................20

Johnson v. Fankell,
    520 U.S. 911, 914-15 (1997) ........................................................................22

Kaopuiki v. Kealoha,
    104 Hawaii 241, 87 P.3d 910, 925 (Haw. App. 2003).................................24

Kentucky v. Graham.
    473 U.S. 159, 165-67 (1978) ........................................................................16

## TABLE OF AUTHORITIES

844 F.2d 628, 633 (9th Cir. 1988) .................................................................................21

Legal Aid Society of Hawaii v. Legal Services Corp.,
981 F.Supp. 1288, 1291 (D. Haw. 1997) ......................................................................14

Makanui v. Department of Education,
6 Haw.App. 397, 406, 721 P.2d 165, 171 (1986) .........................................................17

Malley v. Briggs,
475 U.S. 335, 341 (1986) ..............................................................................................22

McGuckin v. Smith,
974 F.2d 1050, 1059, 1060 (9th Cir. 1992) ............................................................18, 20

Masaki v. General Motors Corp.,
71 Haw. 1, 7, 780 P.2d 566, 571 (1989) .......................................................................25

Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.,
475 U.S. 574, 586-87 (1986) ........................................................................................15

Monell v. New York City Dep't of Social Serv.,
436 U.S. 658, 691 (1978) ..............................................................................................21

Neal v. Shimoda,
131 F.3d 818, 832 (9th Cir. 1987) ................................................................................22

Northwest Motorcycle Ass'n. v. USDA,
18 F.3d 1468, 1471-72 (9th Cir. 1994) .........................................................................13

Procunier v. Navarette,
434 U.S. 555 (1978) ......................................................................................................22

Saucier v. Katz,
533 U.S. 194, 200, 201 (2001) ......................................................................................23

Taylor v. List,
880 F.2d 1040, 1045 (9th Cir. 1989) ............................................................................21

T.W. Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n,
809 F.2d 626, 630 (9th Cir. 1987) ................................................................................14

## TABLE OF AUTHORITIES

Ulaleo v. Paty,....
    902 F.2d 1395, 1398 (9th Cir. 1990) ..................................................................15, 16

U.S. ex rel. Anderson v. Northern Telecom, Inc.,
    52 F.3d 810, 815 (9th Cir. 1995) ..............................................................................15

Will v. Michigan Dept. of State Police,
    491 U.S. 58, 66, 71 (1989). .......................................................................................16

WMX Technologies, Inc. v. Miller,
    104 F.3d 1133, 1136 (9th Cir. 1997) ..................................................................18, 20

Wood v. Housewright,
    900 F.2d 1332, 1334 (9th Cir. 1990) ..................................................................20, 21

Zweig v. Hearst Corp.,
    521 F.2d 1129 (9th Cir. 1975), cert. denied, 423 U.S. 1025 (1975) .......................13