IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>             Plaintiff,<br>vs.<br><br>DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA,<br><br>             Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, true and correct copies of the foregoing document were duly served by mail on the following at their last known addresses:

    Arthur E. Ross, ESQ.
    126 Queen Street, Suite 210
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

DATED: Honolulu, Hawaii, _____April 26_____, 2006.

                                                /s/ Christine E. Savage
                                               CHRISTINE E. SAVAGE
                                               Deputy Attorney General

                                               Attorney for Defendants