IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP,<br><br>    Plaintiff,<br>vs.<br><br>DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA,<br><br>    Defendants. | CIVIL NO. 03-00419 SOM-KSC<br><br>DECLARATION OF CHRISTINE E. SAVAGE; EXHIBITS "A" – "D" |

### DECLARATION OF CHRISTINE E. SAVAGE

CHRISTINE E. SAVAGE pursuant to 28 U.S.C. § 1746, declares that:

1. That I am a Deputy Attorney General assigned to represent Dr. Sisar Paderes in this action.

2. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

3. Attached as Exhibit "A" is a true and correct copy of the Independent Medical Examination Report regarding Plaintiff Leroy Kemp dated September 17, 2004.

4. Attached as Exhibit "B" is a true and correct copy of the Supplemental Independent Examination Report dated September 27, 2004.

173826_1.DOC

5. Attached as Exhibit "C" are true and correct copies of excerpts from Plaintiff's subpoenaed medical records from Queen's Medical Center.

6. Attached as Exhibit "D" are true and correct copies of excerpts from Plaintiff's subpoenaed medical records from Kapiolani Medical Center.

I, Christine E. Savage, declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, April 26, 2006.

_____
Christine E. Savage