

# THOMAS A. DRAZIN, M.D.
Neurology

---

September 27, 2004

Christine Matkin, Esq.
State of Hawaii, Dept. of the Attorney General
425 Queen St.
Honolulu, Hawaii 96813

RE:   KEMP, LEROY

Dear Ms. Matkin:

I have reviewed the extensive videotape that you sent to me regarding Mr. Kemp's presumed seizures. It is very clear after reviewing the video that the type of seizures he was experiencing were clearly pseudoseizures. It is now unnecessary for him to have an inpatient EEG as the diagnosis is clearly made from this videotape. I would encourage you to send a copy of this tape to his private neurologist, Dr. Leah Ridge, so she may know what she is treating, and probably discontinue some of his anticonvulsant medications.

If you have any questions regarding this, do not hesitate to contact me at my office.

Sincerely,

Thomas Drazin, M.D.

TD:idg

**EXHIBIT "B"**

Queens Physicians Building II  •  1329 Lusitana Street, Suite 702  •  Honolulu, Hawaii 96813
Tel: (808) 536-7042  •  Fax: (808) 536-7084