IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LEROY KEMP,                          )    CIVIL NO. 03-00419 SOM-KSC
                                     )
              Plaintiff,             )
                                     )
    vs.                              )    VOLUME I: Pgs. 1 - 311
                                     )
DR. SISAR PADERES, NURSE NEAL,       )
NURSE NUNEZ,                         )
                                     )
              Defendants.            )
_____ )

DEPOSITION OF LAUREEN KONG
UPON WRITTEN QUESTIONS

Taken by and on behalf of the Defendants DR. SISAR PADERES and

"NURSE NEAL" HAYASE, at the office of:   QUEEN'S MEDICAL CENTER,

1301 Punchbowl Street, Honolulu, Hawaii, 96813, commencing at

8:50 O'CLOCK A.M. on THURSDAY, OCTOBER 7, 2004, pursuant to

Federal Rules of Civil Procedure.


MEDICAL                    (1992 - PRESENT)
RECORDS OF:                OBTAINED FROM:

LEROY KEMP            QUEEN'S MEDICAL CENTER


BEFORE:   CANDACE L. LEONG, NOTARY PUBLIC, STATE OF HAWAII
          Phyllis K. Kushiner, CSR NO. 147, State of Hawaii

HONOLULU REPORTING SERVICES
SUITE 401 - 1000 BISHOP STREET
HONOLULU, HAWAII  96813
Telephone Number:  524-6288

EXHIBIT "C"

STATE OF HAWAII          )
                         ) SS.
CITY AND COUNTY OF HONOLULU )

1        I, CANDACE L. LEONG, a Notary Public in and for the

2    State of Hawaii, do hereby certify:

3        That on __THURSDAY__, __OCTOBER 7, 2004__,

4    at __8:50__ o'clock __A.M.__, appeared before me the witness,

5    __LAUREEN KONG__, whose deposition is contained

6    herein; that prior to being examined upon written interroga-

7    tories, the witness was by me duly sworn;

8        I, PHYLLIS K. KUSHINER, C.S.R., Commission Number

9    147, in and for the State of Hawaii, do hereby certify:

10       That the same were taken under my direction and

11   control and was thereafter reduced to typewriting under my

12   supervision; that the foregoing represents, to the best of

13   my ability a correct transcript of the deposition had at

14   the time in the foregoing matter;

15       That the reading and signing of this deposition

16   were waived by the said __LAUREEN KONG__, and

17   the deposition is therefore kept on file without signature

18   pursuant to Court Rules.

19       We further certify that we are not counsel for any

20   of the parties hereto, nor in any way interested in the

21   outcome of the cause named in the caption.

22       Dated this __7th__ day of __OCTOBER 2004__,

23   in __HONOLULU__, Hawaii.

*Candace L. Leong*
CANDACE L. LEONG
Notary Public, State of Hawaii
My commission expires:
   2/17/2006

*Phyllis K Kushiner*
PHYLLIS K. KUSHINER
Notary Public, State of Hawaii
C.S.R., Commission No. 147
My commission expires:
   4/24/2007

**HONOLULU REPORTING SERVICES**
HONOLULU, HAWAII

KEMP, LEROY
03/07/57

| DATE | PRIMARY CARE |
|------|-------------|

MAY 24 1996

0910   O-(Wt) 166.6 (Pu)4 (T) 97.4 (BP) 110/72
S-Pt. state 1993 he fell off the pole & hurt his L knee. He saw the Dr. from California & was told that he tore 15 ligaments. suggested a knee surgery but refused. scared. Now it's giving a him problem. Go swollen knees pain scared 4 days ago. Pt. went to ER 5/20/96, xray was done.
— NSM

```
┌─────────────────────────────────────┐
│ PHYSICIAN'S ORDERS                   │
│ Lab:                                 │
│ X-Ray:                               │
│ Rx:                                  │
│ Other:                               │
│ Return:                              │
└─────────────────────────────────────┘
```

MAY 31 1996  PRIMARY CARE

---

5/28/96  PCC PROGRESS NOTE                    KEMP, LEROY  44-20-42
Case discussed with Dr. Bogden
TEMP PROB: LEFT KNEE PAIN
S:   40-year old with history of fall in 1993 off a telephone pole
     when his left knee extended forward 90°. However, there was no
     fracture noted. Then, patient refused surgery. He just
     recently went to the ER on Monday, 5/19, because of left knee
     swelling where he received Ibuprofen. X-ray was done and
     showed no evidence of fracture. He had partial relief with
     Ibuprofen and ice. Upon presentation, the left swelling has
     decreased since he started a week ago and with decreased
     tenderness. Otherwise, denies recent trauma associated with
     the current symptoms, no evidence of promiscuity, no IVDA. He
     did have mild fever and chills 1 day prior to today's visit.
     Pain lasted approximately 1 hour. Patient did state he has
     been doing a lot of walking since being here in Hawaii.
O:   VS: As above.
     Knees: Positive tenderness with medial collateral ligament
     with inward lateral movement of the knee joint causing
     tenderness at the medial region. Also, _____ of motion of
     the tibia backward pressure at the knee joint caused tender-
     ness. However, there is no limited range of motion. Negative
     erythema, tenderness, warmth to touch. Positive mild evidence
     of effusion. Patella with range of motion within normal
     limits.
A:   Left knee ligament inflammation s/p previous injury, probably
     secondary to increased walking and pressure on the knee.
     Discussed the option of surgery and patient agrees at this
     point that if necessary, he will go through surgery.

FORM NO. 5.3360

027

The Queen's Medical Center
Honolulu, Hawaii 96813

# D I A G N O S T I C    I M A G I N G    C O N S U L T A T I O N

**Patient Name:** KEMP, LEROY W                                        MFID: 44-20-42
**Sex:** M    **DOB:** 7-Mar-57                                  Patient Loc: EMR


        DOCTOR EMERGENCY-ROOM
        EMERGENCY ROOM DOCTOR
        1301 PUNCHBOWL ST
        HONOLULU              HI   96813-2499


---

**Exam:** 899135    **Date:** 20-May-96 **Requested by:** WONG, NORBERT B., M.D.
KNEE, ROUTINE   22008056 /LEFT
**Diagnosis:**
   LT KNEE PAIN
**History:**
   CLiQ Requisition Number: I141-0128 CLiQ Order Number:     3.01
   IND:R/O FRACTURE

---

Three views of the left knee without comparison.  Small suprapatellar
effusion.  Beaking of the tibial spines with preservation of the joint
space on these nonweight bearing views.  There is minimal subchondral
sclerosis of the medial femoral condyle.  No evidence of fracture or
osseous, intra-articular loose body.

**IMPRESSION:**

1.  MILD DEGENERATIVE JOINT DISEASE WITHOUT SIGNIFICANT JOINT SPACE
    NARROWING.
2.  MEDIAL FEMORAL CONDYLE SCLEROSIS.
3.  IF THERE IS CONCERN FOR INTERNAL DERANGEMENT OR AVASCULAR
    NECROSIS, MRI WOULD BE MORE SENSITIVE.


Dictated by: _____
             Joan A. Kendall, M.D.

Transcribed on: 22-May-96  3:28 PM by Darla Kaili

M E D I C A L    R E C O R D    C O P Y

057