IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP, | ) CIVIL NO. 03-00419 SOM-KSC |
|         Plaintiff, | ) |
| vs. | ) |
| DR. SISAR PADERES, NURSE NEAL, NURSE NUNEZ, | ) |
|         Defendants. | ) |

DEPOSITION OF BRENDA KALILIKANE
UPON WRITTEN QUESTIONS

Taken by and on behalf of the Defendants DR. SISAR PADERES and "NURSE NEAL" HAYASE, at the office of: KAPIOLANI MEDICAL CENTER at PALI MOMI, 98-1079 Moanalua Road, Aiea, Hawaii 96701, commencing at 2:25 o'clock P.M., on WEDNESDAY, SEPTEMBER 22, 2004, pursuant to Rule 31 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| MEDICAL RECORDS OF: | (1992 - PRESENT) OBTAINED FROM: |
| LEROY KEMP | KAPIOLANI MEDICAL CENTER AT PALI MOMI |

BEFORE:   FRANCES KRAMER, NOTARY PUBLIC, STATE OF HAWAII
              Phyllis K. Kushiner, CSR NO. 147, State of Hawaii
           HONOLULU REPORTING SERVICES
             SUITE 401 - 1000 BISHOP STREET
               HONOLULU, HAWAII 96813
              Telephone Number: 524-6288

EXHIBIT "D"

STATE OF HAWAII            )
                           ) SS.                                    6
CITY AND COUNTY OF HONOLULU )

1         I, FRANCES KRAMER, a Notary Public in and for the
2    State of Hawaii, do hereby certify:
3         That on __WEDNESDAY__, __SEPTEMBER 22, 2004__,
4    at __2:25__ o'clock __P.M.__, appeared before me the witness,
5    __BRENDA KALILIKANE__, whose deposition is contained
6    herein; that prior to being examined upon written interroga-
7    tories, the witness was by me duly sworn;
8         I, PHYLLIS K. KUSHINER, C.S.R., Commission Number
9    147, in and for the State of Hawaii, do hereby certify:
10        That the same were taken under my direction and
11   control and was thereafter reduced to typewriting under my
12   supervision; that the foregoing represents, to the best of
13   my ability, a correct transcript of the deposition had at
14   the time in the foregoing matter;
15        That the reading and signing of this deposition
16   were waived by the said __BRENDA KALILIKANE__, and
17   the deposition is therefore kept on file without signature
18   pursuant to Court rules.
19        We further certify that we are not counsel for any
20   of the parties hereto, nor in any way interested in the outcome
21   of the cause named in the caption.
22        Dated this __22nd__ day of __SEPTEMBER 2004__,
23   in __Honolulu__, Hawaii.
24
25   _____        _____
     FRANCES KRAMER                   PHYLLIS K. KUSHINER
     Notary Public, State of Hawaii   Notary Public, State of Hawaii
     My commission expires:8/5/2008   C.S.R., Commission No. 147
                                      My commission expires: 4/24/2007

HONOLULU REPORTING SERVICES
HONOLULU, HAWAII

KAPI'OLANI MEDICAL CENTER
*At Pali Momi*
98-1079 Moanalua Road
Aiea, Hawaii 96701

NAME: **Kemp, Leroy W**
MR #: 18-51-24       ROOM #: 5TH 080401
DICTATED BY: Calvin S Oishi, MD
ATTENDING PHYSICIAN: Calvin S Oishi, MD

OPERATIVE REPORT

cc:   Calvin S Oishi, MD

**DATE OF OPERATION:** 03/04/2004

**PREOPERATIVE DIAGNOSIS:** Severe osteoarthritis of the left knee.

**POSTOPERATIVE DIAGNOSIS:** Severe osteoarthritis of the left knee.

**OPERATION PERFORMED:** Left total knee arthroplasty, cemented type with a lateral release.

**SURGEON:** Calvin Oishi, MD

**ANESTHESIA:** General.

**ANESTHESIOLOGIST:** Mark Nishijo, MD

**INDICATIONS FOR PROCEDURE:** This 46-year-old was admitted for a replacement. The risks, alternatives, and benefits were explained in detail. The operative consent form was obtained.

**FINDINGS:** Loose lateral collateral ligament, but fairly stable after a medial release and placement of a 13-mm insert. At this point, it was felt that given his young age of 46 years, we would avoid using a constrained condylar knee. We will use a primary knee. If it fails, then later go to a constrained condylar knee in hopes of obtaining long-lasting relief with minimal bone loss.

**PROCEDURE:** The patient was placed in the supine position. After induction of general anesthesia, 1 g of cefazolin was given intravenously. The leg was prepped and draped in the usual sterile fashion. The leg was then elevated and exsanguinated with an Esmarch dressing and the tourniquet was put up to 300 mmHg.

A longitudinal incision of about 20 inches was made starting 5 mm medial and distal to the tibial tubercle coursing over the junction of the mid and medial thirds of the patella, and 10 inches proximal to the quadriceps tendon. The subcutaneous tissue was sharply incised, and a medial parapatellar arthrotomy was made in the standard fashion. Subperiosteal dissection of the proximal medial tibia was performed down to the posterior aspect of the joint. Infrapatellar adhesions were removed to expose the lateral joint line. The anterior synovium was removed to expose the anterior femur.

An osteotomy of the distal femur was made with a 7-degree valgus cut. The femur was sized; it was deemed to be a size 4. Formal medial and lateral meniscectomies were performed. An osteotomy of the proximal tibia was made 10 mm distal to the lateral plateau with a 5-degree posterior slope. The tibia was then sized; it was deemed to be a size 4. The size 4 was placed. At this time, a medial release was performed to balance the lateral ligaments. A 13-mm insert was placed. The knee demonstrated extension to 0 degrees, flexion well past 90 degrees, and excellent medial and lateral stability in 0 degrees of extension as well 30 degrees of flexion. Slight lateral laxity was noted; however, it was felt that at this point, we

**KAPI'OLANI MEDICAL CENTER**
*At Pali Momi*

NAME: **Kemp, Leroy W**
MR #: 18-51-24

OPERATIVE REF

would try a primary posterior-cruciate-sparing knee as opposed to a constrained condylar knee given his young age. Therefore, we proceeded on.

An osteotomy of the patella was performed and a 38-mm trial was placed. Lateral subluxation was noted flexion. Therefore, the superolateral genicular artery was identified and protected and a lateral release w: performed one inch lateral to the patella, down to Gerdy's tubercle distally, well past the vastus lateralis proximally. Repeat range of motion demonstrated flat articulation of the patella; this was then accepted. The trial components were all removed. Osteophytes were removed from the distal femur.

The true tibial tray was cemented into place. Rotation was made at the junction of the mid and medial thi of the tibial tubercle. Upon hardening of cement, the femur and patella were similarly cemented in place.

The tourniquet was let down. Hemostasis was obtained with Bovie cautery. A drain was placed out the lateral gutter. The medial parapatellar arthrotomy was repaired with 0 Ethibond. The subcutaneous tissue was closed with 0 Monocryl. The immediate subcutaneous tissue was closed with 2-0 Monocryl. The sl was closed with staples. The patient tolerated the procedure well.

**ESTIMATED BLOOD LOSS:** 10 cc.

**COMPLICATIONS:** No complication.

**SPONGE AND NEEDLE COUNTS:** Correct.

**SPECIMENS TO PATHOLOGY:** Debridement of knee.

Calvin S Oishi, MD

CSO/py2  D: 03/04/2004 11:20 A  T: 03/04/2004 11:31 A  J#: 000021351  D#: 313378



**Kapiolani Medical Center at Pali Momi**
Department of Pathology
98-1079 Moanalua Road
Aiea, HI 96701
TEL: 808-485-4243   FAX: 808-485-4381

## Surgical Pathology Report

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | KEMP, LEROY W | | | Accession #: | PS04-1055 |
| Med. Rec. #: | 185124 | Client: | PMMC - Kapiolani | Taken: | 3/4/04 |
| DOB: | 3/7/1957 (Age: 46) | Location: | 5TH (P) 514A | Received: | 3/4/04 |
| Gender: | M | | | Reported: | 3/6/04 |
| Physician(s): | Calvin S Oishi, MD (13422) | | | | |
| cc: | | | | | |

Other Info:   cc Halawa Prison
History/Clinical Dx:   Left knee osteoarthritis

Postoperative Dx:   Same

Procedure:   Left total knee arthroplasty

**Specimen(s) Received:**
Left knee bone et tissue

### DIAGNOSIS:
Bone and tissue, left total knee arthroplasty:   Degenerative joint disease (osteoarthritis)

MP/jw/3/4/04

### Gross Description
Received in formalin labeled "left knee bone and tissue" are multiple excisions of white-tan bone, cartilage, and tan-yellow fibrofatty soft tissue measuring aggregate 8.0 x 7.0 x 7.0 cm. The articular surfaces of the bone demonstrate prominent erosion and degenerative change. After decalcification, representative sections are submitted in blocks 1-2.

MP-/jw/3/4/04

### Microscopic Description
Decalcified sections of bone demonstrate areas of erosion and degenerative change within the overlying articular cartilage. Soft tissues demonstrate mild edema and slight chronic inflammation.

***Electronically Signed Out By Mark Pitts, M.D.***

Regulatory Statement:
The following statement may be applicable to some of the reagents/antibodies used in developing the above report. This test was developed and its performance characteristics determined by Pan Pacific Pathologists, Inc. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. The test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.