| | |
|---|---|
| MARK J. BENNETT | 2672 |
| Attorney General of Hawaii | |
| | |
| CHRISTINE E. SAVAGE | 7788 |
| CARON M. INAGAKI | 3835 |

Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Christine.E.Savage@hawaii.gov

Attorneys for Defendants
DR. SISAR PADERES, CORRINA BUAN
NEIL HAYASE, AND SCOTT KOWOLEWSKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2006

at 2 o'clock and 45 min P M
SUE BEITIA, CLERK

LODGED
MAY 18 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP, | CIVIL NO. 03-00419 SOM-KSC |
| Plaintiff, | STIPULATION OF THE PARTIES TO DISMISS DR. SISAR PADERES |
| vs. | |
| DR. SISAR PADERES, NURSE NEAL HAYASE, NURSE CORRINA HO, ACO SCOTT KOWOLESKI, and ACO MELVIN MOISSA, | Trial Date: September 26, 2006 |
| Defendants. | |

190527_1.DOC

ORIGINAL

## STIPULATION OF THE PARTIES TO DISMISS DR. SISAR PADERES

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Leroy Kemp, by and through his attorney, Arthur Ross, and Defendant Dr. Sisar Paderes, by and through his counsel, Mark J. Bennett, Attorney General of the State of Hawaii, Christine E. Savage and Caron M. Inagaki, Deputy Attorneys General, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Dr. Sisar Paderes, in his individual and official capacity, be and is hereby dismissed from this action with prejudice.

Each party will bear their own attorney's fees and costs.

All parties who have appeared in this action have signed this stipulation.

There are no remaining parties/issues in this case.

DATED: Honolulu, Hawaii, May 17, 2006.

_Arthur Ross_
Arthur Ross
Attorney for Plaintiff
Leroy Walter Kemp

                                  /s/ Christine Savage
                                  Christine E. Savage
                                  Deputy Attorney General
                                  Attorney for Defendants
                                  DR. SISAR PADERES, CORRINA
                                  BUAN, NEIL HAYASE, AND SCOTT
                                  KOWOLEWSKI

APPROVED AND SO ORDERED:

/s/ Susan Oki Mollway
_____
JUDGE OF THE ABOVE-ENTITLED COURT

Leroy Kemp v. Dr. Sisar Paderes, et al.; Civil No. 03-00419 SOM-KSC;
STIPULATION TO DISMISS DEFENDANT DR. SISAR PADERES

190527_1.DOC