AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LEROY KEMP, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 03-00419SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DR. SISAR PADERAS; NURSE NEAL HAYASE; NURSE CORRINA HO; ACO SCOTT KOWOLESKI; and ACO MELVIN MOISA, | May 22, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendants.. | |

[✓]   **Decision by Court.**  This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

A "Stipulation of the Parties to Dismiss Dr. Sisar Paderes" having been filed on May 19, 2006, wherein Dr. Sisar Paderes is dismissed from the action with prejudice,

IT IS ORDERED AND ADJUDGED that Defendants Corrina Buan, Neil Hayase, and Scott Kowaleski's Motion for Judgment on the Pleadings is granted. Judgment is entered in favor of defendants Corrina Buan, Neil Hayase, and Scott Kowaleski, and against plaintiff Leroy Kemp, and entered as pursuant to the "Order Granting Rule 12(c) Motion for Judgment on the Pleadings" filed on March 6, 2006.

cc:    All Counsel of Record

| May 22, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |